```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 10091
    FRANKIE M HATTEN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-6689


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/05/07 and confirmed on 09/27/07.

    2.   The case was dismissed after confirmation, 07/25/2008.

    3.   The Debtor paid a total of $   6700.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 15344.71 | .00 | 3265.40 |
| ANTHONY E PROSKE | UNSECURED | 78.19 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1665.96 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1701.10 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOLOGIST C | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| LOCKPORT TOWNSHIP | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST RESPIRATORY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1938.71 | .00 | .00 |
| PEACEFUL NITES | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RK NATESH MD | UNSECURED | NOT FILED | .00 | .00 |
| REMCO | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1126.60 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 178.29 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15344.71 | .00 | 6688.85 | .00 | 22033.56 |
| PRINCIPAL PAID | 3265.40 | .00 | .00 | .00 | 3265.40 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3265.40 | .00 | .00 | .00 | 3265.40 |

The Debtor's attorney, DAVID M SIEGEL           , was allowed $   3500.00 and was paid $    376.00  direct and $   3124.00  through the plan.

The Trustee received $    310.60 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE